Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue, Suite 100
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendant Chong Sik Yu

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | |
| v. | Criminal Docket No.: 1:20-mj-08202-UA-1 |
| CHONG SIK YU, | NOTICE OF APPEARANCE |
| Defendant. | |

**PLEASE TAKE NOTICE** that Paul B. Brickfield, Esq. of Brickfield & Donahue hereby enters his appearance for Defendant Chong Sik Yu in the above-referenced matter.

Dated: August 14, 2020

**BRICKFIELD & DONAHUE**

/s/ Paul B. Brickfield

Paul B. Brickfield (PB1335)
70 Grand Avenue, Suite 100
River Edge, New Jersey 07661
Telephone: (201) 488-7707